JOHN R. CRANE, administrator, plaintiff in error, *vs.* PATRICK BARRY, defendant in error.

To an action brought upon a common law award, made by arbitrators under a general submission, the defendant may plead that the award was made on a matter not brought to the consideration of the arbitrators by the parties, and that there was no evidence before them in reference to it, nor any dispute or contest between the parties upon such matter, without filing a copy of the testimony which was submitted to the arbitrators.

TRIPPE, Judge.

---

REBECCA J. MIZE, plaintiff in error, *vs.* WILLIS A. HAWKINS *et al.*, defendants in error.

1. Section 1783 of the Code, declaring void the contracts of a wife which bind her separate estate for the debts of her husband, does not affect the power of a widow to contract with reference to such debts after his death.

2. The testimony at the hearing for the injunction having been conflicting as to the main issue, to-wit: the consideration of the note, it was a matter for the chancellor to determine, and there was no abuse of his discretion calling for the interference of this court.

TRIPPE, Judge.